# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2020

### NO. 03-20-00314-CV

**D. L. G., Sr. and C. K. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order of termination signed by the trial court on June 5, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order of termination. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2020

### NO. 03-20-00315-CV

**D. L. G., Sr. and C. K. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order of termination signed by the trial court on June 5, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order of termination. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.